| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| MOUNTAINEER INVESTMENTS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:12-CV-94 |
| ANGELIQUE HOFER AND ANDREA HOFER, *Individually and as executrix for the estate of Mary Hofer, deceased*, | § § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to an Order of Reference entered on May 11, 2012. Pending before the Court is Plaintiff Mountaineer Investments, LLC's "Second Motion for Summary Judgment" (Doc. No. 48), in which Mountaineer requests entry of an award of damages in the amount of $49,179.31 plus post judgment interest against Defendant Andrea Hofer individually and as executrix for the estate of Mary Hofer, deceased. The Court has received and considered the report (Doc. No. 54) of the magistrate judge, who recommends that the Court grant the Plaintiff's motion. No objections to the report and recommendation have been filed. The Court's independent review confirms that the magistrate judge's analysis is correct.

The report and recommendation of the magistrate judge (Doc. No. 54) is **ADOPTED**, and the Plaintiff's "Second Motion for Summary Judgment" (Doc. No. 48) is **GRANTED**. Final judgment will be entered separately.

SIGNED at Sherman, Texas, this 21st day of May, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE